UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61316-CIV-COHN-SELTZER

SAMUEL D. ROSEN,

    Plaintiff,

vs.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE, and JOHN DOES 1-5,

    Defendants,

vs.

THE CITY OF FORT LAUDERDALE,
additional party for relief purposes only,

    Defendant.
_____/

## ORDER SETTING SCHEDULING CONFERENCE

THIS CAUSE has been referred to the undersigned Magistrate Judge to conduct a Scheduling Conference pursuant to Local Rule 16.1B for the purpose of setting pre-trial deadline dates and for determining possible consent to the jurisdiction of the Magistrate Judge for trial.  Accordingly, it is hereby ORDERED that a Scheduling Conference will be held on August 28, 2013, at 2:00 p.m. at the United States Courthouse, Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida.  At least one counsel of record for each party and all unrepresented parties are required to attend the Scheduling Conference.[1]

---

[1] At the Scheduling Conference, the Court will propose pretrial deadlines based on the District Judge's dates for the calendar call and trial.  If the parties wish to propose their own pretrial deadlines, either in a Joint Proposed Scheduling Report or at the Scheduling Conference, they should be mindful that all dispositive motions must be filed no later than

Prior to the Scheduling Conference, the parties shall confer in good faith as to the following matters:

1. the possibility of promptly settling or resolving the case;

2. the arrangements for making initial disclosures required by Federal Rule of Procedure 26(a)(1);

3. a plan for discovery;

4. the preservation of discoverable information;

5. the disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;

6. prospective claims of privilege or work product protection and the propriety of a Confidentiality Order; and

7. consent to trial before a United States Magistrate Judge.

In lieu of filing the Conference Report and the Joint Proposed Scheduling Report required by Local Rule 16.1(b), the parties may file a joint statement certifying that they have conferred in good faith about all matters required by this Order. **Any certification or joint report shall be filed no later than noon on the day before the Scheduling Conference**.

DONE AND ORDERED in Fort Lauderdale, Florida, this 8th day of August 2013.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

nine weeks (or eight weeks for FLSA cases) before the calendar call, which has already been set by the District Judge.

Copies to:

Honorable James I. Cohn
United States District Judge

Counsel of record and
unrepresented parties