UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,   CIV. ACTION NO.: 0:13-cv-61316-JIC

    Plaintiff

v.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE,
AND JOHN DOES 1-5,

    Defendants,

and

THE CITY OF FORT LAUDERDALE,
additional party for relief
purposes only,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and S.D. Fla. L.R. 7.1(a), Plaintiff, Samuel D. Rosen ("Plaintiff"), hereby respectfully moves this Honorable Court for the entry of an Order enlarging the time, up through and including September 24, 2013, for Plaintiff to file its response to both Defendants', City of Fort Lauderdale; Allen Bozek; Charlotte Engleman; Robert Guida; and Barbara Tate (collectively the "Defendants"), Motions to Dismiss [ECF Nos. 5 and 7]. In support, Plaintiff states:

    1.    On August 8, 2013, Defendant, City of Fort Lauderdale ("City") filed its Motion to Dismiss in this Court [ECF No. 5], with responses due by August 26, 2013 (the "City Response Deadline")[ECF No. 5]

2. On August 14, 2013, Defendants, Allen Bozek, Charlotte Engleman, Robert Guida, and Barbara Tate (the "Individual Defendants") filed their Motion to Dismiss [ECF No. 7], with responses due by September 3, 2013 (the "Individual Response Deadline")[ECF No.7].

3. Rule 6(b)(1)(A) of the Fed. R. Civ. P. allows the court discretion to enlarge time periods and Local Rule 7.1 provides for such an extension for good cause shown.

4. By way of this motion, Plaintiff requests an enlargement of the City and Individual Response Deadlines through September 24, 2013. As cause for such enlargement, Plaintiff has pre-existing international travel obligations through September 17, 2013 and is unable to meet with undersigned counsel to discuss the issues raised by the Defendants' Motion to Dismiss.

5. The Defendants have been contacted regarding this request and do not oppose Plaintiff's extension of time through September 24, 2013 to respond to the Motions to Dismiss.

6. This motion is made in good faith and not for the purposes of delay and will not prejudice any party.

7. A proposed form of Order accompanies this Motion.

**WHEREFORE**, Plaintiff Rosen respectfully requests that this Court enter an Order granting an enlargement of time to respond, up through and including September 24, 2013, for the filing of its response to both City and individual Defendants' Motions to Dismiss, and for such other relief this Court deems just and proper.

Dated August 22, 2013.

       /s/ Andrew L. Jimenez, Esq.
*Andrew Jimenez, Esq.*
Jimenez Law Offices, P.A.
***Of Counsel to Samuel D. Rosen***
100 SE 3rd Avenue, Suite 1514

Fort Lauderdale, FL 33394<br>
Telephone: (954) 848-3111<br>
Facsimile: (954) 252-4451<br>
E-mail: Andrew@jimenezlawoffices.com<br>
FL Bar No: 101106

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served via CM/ECF or email on August 22, 2013 on all counsel or parties of record on the Service List below.

  /s/ Andrew L. Jimenez, Esq.
Andrew L. Jiménez, Esq.
Jimenez Law Offices, P.A.
***Of Counsel to Samuel D. Rosen***
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
Andrew@jimenezlawoffices.com
FL Bar No: 101106

## SERVICE LIST

**CM/ECF**

**Carl Werner Christy , Jr.**
Luks, Santaniello, Petrillo & Jones
110 SE 6th Street, 20th Floor
Fort Lauderdale, FL 33301
954-761-9900
Fax: 954-761-9940
Email: CCHRISTY@LS-LAW.COM
*Counsel for Allen Bozek, Charlotte Engleman, Robert Guida, and Barbara Tata, Defendants*

**Clark Jones Cochran , Jr.**
Billing Cochran Lyles Mauro & Ramsey
SunTrust Center, Sixth Floor
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
954-764-7150
Fax: 954-764-7279
Email: cjc@bchlm.com
*Counsel for City of Fort Lauderdale, Defendant*

# EXHIBIT "A"

# PROPOSED ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,                              CIV. ACTION NO.: 0:13-cv-61316-JIC

    Plaintiff

v.

ALLEN BOZEK, CHARLOTTE
ENGLEMAN,
ROBERT GUIDA, BARBARA TATE,
AND JOHN DOES 1-5,

    Defendants,

and

THE CITY OF FORT LAUDERDALE,
additional party for relief
purposes only,

    Defendant.
_____/

**AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS**

**THIS MATTER** came before the Court *ex parte* upon Plaintiff, Samuel D. Rosen's ("Plaintiff"), Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (the "Motion") [ECF No.5 and 7]. The Court having considered the Motion, noting the parties' agreement to the relief sought, finding good cause, and being otherwise advised in the premises, it is:

**ORDERED** and **ADJUDGED**:

1. The Motion is **GRANTED**.

2. The deadline by which Plaintiff may file a response to Defendant's, City of Fort Lauderdale, Motion to Dismiss [ECF No.5] is extended through and including **September 24, 2013**.

3. The deadline by which Plaintiff may file a response to Defendants', Allen Bozek; Charlotte Engleman; Robert Guida; and Barbara Tate, Motion to Dismiss [ECF No. 7], is extended through and including **September 24, 2013**.

###

**SUBMITTED BY:**
 /s/ Andrew L. Jimenez, Esq.
Andrew L. Jiménez, Esq.
Jimenez Law Offices, P.A.
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
Andrew@jimenezlawoffices.com
FL Bar No: 101106

Copies furnished to:
Andrew L. Jimenez, Esq.

Attorney, Andrew L. Jimenez, is directed to forthwith provide a conformed copy of this Order, immediately upon receipt of same, to all parties served with the Motion and to file a Certificate of such mailing.