UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61316-CIV-COHN/BSS

SAMUEL D. ROSEN

    Plaintiff

vs.

ALLEN BOZEK, ET AL

    Defendants

===============================================================

CHIEF U.S. MAGISTRATE JUDGE: BARRY S. SELTZER

DEPUTY CLERK: AARON TIJERINO

COURT REPORTER:

DAR: 2:00 P.M. 8/28/2013

TYPE OF HEARING: CIVIL SCHEDULING CONFERENCE

COUNSEL: ANDREW L. JIMENEZ FOR THE PLAINTIFF.

CARL W. CHRISTY, JR FOR THE DEFENDANTS    ATTY COHRAN PRESENT.

REMARKS: Scheduling order to follow.

[5 Mins]

14:01:38 - 15:06:47