UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,                    CIV. ACTION NO.: 0:13-cv-61316-JIC

    Plaintiff

v.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE,
AND JOHN DOES 1-5,

    Defendants,

and

THE CITY OF FORT LAUDERDALE,
additional party for relief
purposes only,

    Defendant.
_____/

### REQUEST FOR CLERK TO APPOINT MEDIATOR

**COMES NOW** Plaintiff Samuel D. Rosen ("Plaintiff"), by and through his undersigned counsel, who states that the parties are unable to agree upon a mediator. Plaintiff respectfully requests, pursuant to Local Rule 16.2(d)(1)(B), that the Clerk designate a mediator to act on behalf of the parties in carrying out this Court's Order Requiring Mediation of 28 August, 2013 [ECF No. 13].

Dated September 11, 2013

Respectfully submitted,

　　　/s/ Andrew L. Jimenez, Esq.
*Andrew Jimenez, Esq.*
Jimenez Law Offices, P.A.
*Of Counsel to Samuel D. Rosen*
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
E-mail: Andrew@jimenezlawoffices.com
FL Bar No: 101106

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served via CM/ECF or email on September 11, 2013 on all counsel or parties of record on the Service List below.

  /s/ Andrew L. Jimenez, Esq._____
Andrew L. Jiménez, Esq.
Jimenez Law Offices, P.A.
***Of Counsel to Samuel D. Rosen***
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
Andrew@jimenezlawoffices.com
FL Bar No: 101106

## SERVICE LIST

**CM/ECF**

**Carl Werner Christy , Jr.**
Luks, Santaniello, Petrillo & Jones
110 SE 6th Street, 20th Floor
Fort Lauderdale, FL 33301
954-761-9900
Fax: 954-761-9940
Email: CCHRISTY@LS-LAW.COM
*Counsel for Allen Bozek, Charlotte Engleman, Robert Guida, and Barbara Tata, Defendants*

**Clark Jones Cochran , Jr.**
Billing Cochran Lyles Mauro & Ramsey
SunTrust Center, Sixth Floor
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
954-764-7150
Fax: 954-764-7279
Email: cjc@bchlm.com
*Counsel for City of Fort Lauderdale, Defendant*