UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,   CIV. ACTION NO.: 0:13-cv-61316-JIC

    Plaintiff

v.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE,
AND JOHN DOES 1-5,

    Defendants,

and

THE CITY OF FORT LAUDERDALE,
additional party for relief
purposes only,

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO: Defendant Charlotte Engleman
and her Attorney(s) of Record

    Please take notice that pursuant to Fed. R. Civ. P. 30, Plaintiff **SAMUEL D. ROSEN** will take the testimony upon oral examination of Defendant **CHARLOTTE ENGLEMAN**, whose address is 2900 NE 14th St Cswy #906, Pompano Beach FL 33062, before a notary public in and of Fort Lauderdale, Florida, on **24 SEPTEMBER, 2013, at 3:00 P.M**., and thereafter from day-to-day as the taking of the deposition may be adjourned, at the office of **Southern District Court Reporting, 216 SE 6th St, 33301** in **Fort Lauderdale**, Florida, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

    Said deposition is to be taken before Southern District Court Reporting, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. Said oral examination may be taken by stenographic, videotape, and/or audio recording and will continue until completed. Said oral examination is being taken for the purpose of discovery, for

use at trial, de bene esse or for such other purposes as are permitted under the Rules.

Pursuant to Fed. R. Civ. P. 26(b) and 34, Plaintiff, by counsel, also demands that on **24 SEPTEMBER, 2013, at 3:00 P.M**., Defendant **CHARLOTTE ENGLEMAN** produce the following documents for inspection and copying at **Southern District Court Reporting, 216 SE 6th St, 33301** in **Fort Lauderdale**, Florida. All documents demanded shall be produced in hard-paper format--regardless of their original format--which may be photocopied at the time of production. If denying the matter, please set forth in detail the reasons why the answering party cannot produce such documentation.

### DOCUMENTS TO BE PRODUCED FOR INSPECTION AND COPYING

A. Any and all documents constituting, discussing, referring to, or relating to any insurance carrier or policy which is currently providing, or is anticipated to provide coverage for defendant CHARLOTTE ENGLEMAN in this case.

B. Any and all documents constituting, discussing, referring to, or relating to any communications or correspondence between defendant CHARLOTTE ENGLEMAN and the insurance carrier, including but not limited to any and all coverage letters, policy statements, and statements of acceptance or denial of said coverage.

C. Any and all documents, records, or communications between defendant CHARLOTTE ENGLEMAN and any insurance carrier that mention, discuss, or negotiate coverage in this case.

Dated 13 September 2013

    /s/ Andrew L. Jimenez, Esq.
Andrew L. Jiménez, Esq.
Jimenez Law Offices, P.A.
***Of Counsel to Samuel D. Rosen***
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
Andrew@jimenezlawoffices.com
FL Bar No: 101106

**Certificate of Service**

  **I hereby certify** that a true and correct copy of the foregoing was served via email on September 13, 2013 on all counsel or parties of record on the Service List below.

                  /s/ Andrew L. Jimenez, Esq.
                  Andrew L. Jiménez, Esq.
                  Jimenez Law Offices, P.A.
                  ***Of Counsel to Samuel D. Rosen***
                  100 SE 3rd Avenue, Suite 1514
                  Fort Lauderdale, FL 33394
                  Telephone: (954) 848-3111
                  Facsimile: (954) 252-4451
                  Andrew@jimenezlawoffices.com
                  FL Bar No: 101106

**SERVICE LIST**

**Carl Werner Christy , Jr.**
Luks, Santaniello, Petrillo & Jones
110 SE 6th Street, 20th Floor
Fort Lauderdale, FL 33301
954-761-9900
Fax: 954-761-9940
Email: CCHRISTY@LS-LAW.COM
*Counsel for Allen Bozek, Charlotte Engleman, Robert Guida, and Barbara Tata, Defendants*

**Clark Jones Cochran , Jr.**
Billing Cochran Lyles Mauro & Ramsey
SunTrust Center, Sixth Floor
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
954-764-7150
Fax: 954-764-7279
Email: cjc@bchlm.com
*Counsel for City of Fort Lauderdale, Defendant*