UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,                                             CIV. ACTION NO.: 0:13-cv-61316-JIC

    Plaintiff

v.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE,
AND JOHN DOES 1-5,

    Defendants,

and

THE CITY OF FORT LAUDERDALE,
additional party for relief
purposes only,

    Defendant.
_____/

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (SECOND REQUEST)

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and S.D. Fla. L.R. 7.1(a), Plaintiff, Samuel D. Rosen ("Plaintiff"), hereby respectfully moves this Honorable Court for the entry of an Order enlarging the time, up through and including October 15, 2013, for Plaintiff to file its response to both Defendants', City of Fort Lauderdale; Allen Bozek; Charlotte Engleman; Robert Guida; and Barbara Tate (collectively the "Defendants"), Motions to Dismiss [ECF Nos. 5 and 7]. In support, Plaintiff states:

    1.    On August 8, 2013, Defendant, City of Fort Lauderdale ("City") filed its Motion to Dismiss in this Court [ECF No. 5], with responses due by August 26, 2013 (the "City Response Deadline")[ECF No. 5]

2. On August 14, 2013, Defendants, Allen Bozek, Charlotte Engleman, Robert Guida, and Barbara Tate (the "Individual Defendants") filed their Motion to Dismiss [ECF No. 7], with responses due by September 3, 2013 (the "Individual Response Deadline")[ECF No.7].

3. Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss was filed on August 22, 2013. [ECF No.8]. An Order granting this motion was signed on August 23, 2013. [ECF #10]. The Order grants Plaintiff up through and including September 24, 2013, to file a response.

4. Rule 6(b)(1)(A) of the Fed. R. Civ. P. allows the court discretion to enlarge time periods and Local Rule 7.1 provides for such an extension for good cause shown.

5. By way of this motion, Plaintiff requests an enlargement of the City and Individual Response Deadlines through October 15, 2013. As cause for such enlargement, Plaintiff is currently working with opposing counsel to schedule a suitable mediation time for all parties involved, pursuant to an Order Requiring Mediation in this case. [ECF No.13]. Plaintiff anticipates that a mediation in this case will take place prior to mid-October.

6. Plaintiff is optimistic that the mediation will produce a resolution to the case and preclude the need for a response to or hearing on Defendants' Motions to Dismiss.

7. This motion is made in good faith and not for the purposes of delay and will not prejudice any party.

8. A proposed form of Order accompanies this Motion.

**WHEREFORE**, Plaintiff Rosen respectfully requests that this Court enter an Order granting an enlargement of time to respond, up through and including October 15, 2013, for the filing of its response to both City and individual Defendants' Motions to Dismiss, and for such other relief this Court deems just and proper.

Dated September 20, 2013.

          /s/ Andrew L. Jimenez, Esq.
        ***Andrew Jimenez, Esq.***
        Jimenez Law Offices, P.A.
        ***Of Counsel to Samuel D. Rosen***
        100 SE 3rd Avenue, Suite 1514
        Fort Lauderdale, FL 33394
        Telephone: (954) 848-3111
        Facsimile: (954) 252-4451
        E-mail: Andrew@jimenezlawoffices.com
        FL Bar No: 101106

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served via CM/ECF or email on September 20, 2013 on all counsel or parties of record on the Service List below.

 /s/ Andrew L. Jimenez, Esq.
Andrew L. Jiménez, Esq.
Jimenez Law Offices, P.A.
***Of Counsel to Samuel D. Rosen***
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
Andrew@jimenezlawoffices.com
FL Bar No: 101106

## SERVICE LIST

**CM/ECF**

**Carl Werner Christy , Jr.**
Luks, Santaniello, Petrillo & Jones
110 SE 6th Street, 20th Floor
Fort Lauderdale, FL 33301
954-761-9900
Fax: 954-761-9940
Email: CCHRISTY@LS-LAW.COM
*Counsel for Allen Bozek, Charlotte Engleman, Robert Guida, and Barbara Tata, Defendants*

**Clark Jones Cochran , Jr.**
Billing Cochran Lyles Mauro & Ramsey
SunTrust Center, Sixth Floor
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
954-764-7150
Fax: 954-764-7279
Email: cjc@bchlm.com
*Counsel for City of Fort Lauderdale, Defendant*

# EXHIBIT "A"

# PROPOSED ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,                              CIV. ACTION NO.: 0:13-cv-61316-JIC

    Plaintiff

v.

ALLEN BOZEK, CHARLOTTE
ENGLEMAN,
ROBERT GUIDA, BARBARA TATE,
AND JOHN DOES 1-5,

    Defendants,

and

THE CITY OF FORT LAUDERDALE,
additional party for relief
purposes only,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS**

**THIS MATTER** came before the Court *ex parte* upon Plaintiff, Samuel D. Rosen's ("Plaintiff"), Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Second Request) (the "Motion") [ECF No.5 and 7]. The Court having considered the Motion, finding good cause, and being otherwise advised in the premises, it is:

**ORDERED** and **ADJUDGED**:

1. The Motion is **GRANTED**.

2. The deadline by which Plaintiff may file a response to Defendant's, City of Fort Lauderdale, Motion to Dismiss [ECF No.5] is extended through and including **October 15, 2013**.

3. The deadline by which Plaintiff may file a response to Defendants', Allen Bozek; Charlotte Engleman; Robert Guida; and Barbara Tate, Motion to Dismiss [ECF No. 7], is extended through and including **October 15, 2013**.

###

**SUBMITTED BY:**
  /s/ Andrew L. Jimenez, Esq.
Andrew L. Jiménez, Esq.
Jimenez Law Offices, P.A.
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
Andrew@jimenezlawoffices.com
FL Bar No: 101106

Copies furnished to:
Andrew L. Jimenez, Esq.

Attorney, Andrew L. Jimenez, is directed to forthwith provide a conformed copy of this Order, immediately upon receipt of same, to all parties served with the Motion and to file a Certificate of such mailing.