USL-00033/CP 5 /DJS:cwc

UNITED STATES SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:13-CV-61316-JIC
Cohn

SAMUEL D. ROSEN,

    Plaintiff,

v.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE, AND
JOHN DOES 1-5
    Defendants,

and

THE CITY OF FORT LAUDERDALE,
Additional party for relief purposes only,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO LOCAL RULE

    Defendant ROBERT GUIDA, by and through undersigned counsel, files this Motion for Protective Order pursuant to S.D. Fla. Local R. 26.1(h)(3) and in support thereof states the following:

    1.    On September 30, 2013 Plaintiff unilaterally issued a Notice of Taking Deposition and Request for Production of Documents for Defendant Robert Guida. *See Exhibit 1.*

    2.    The deposition of Defendant Guida was noticed for October 11, 2013 at 2:00 p.m. and was to be conducted at Southern District Court Reporting in Fort Lauderdale, Florida.

    3.    The Notice indicated, accurately, that Robert Guida lives in the Villages in Sumter County, Florida.

1

Rosen v. Bozek et al.
Case No.: 0:13-cv-61316-JIC
Page 2

4. Counsel for Defendant Guida verified with counsel for Defendant City of Fort Lauderdale that the scheduling of the deposition(s)[1] was unilateral.

5. Counsel for Defendant Guida reminded setting counsel, via e-mail, that Defendant Guida lives in Sumter County and his deposition would need to be conducted there.

5. Counsel for Defendant Guida also stated that Mr. Guida was traveling out of state between October 8, 2013 and October 22, 2013 and offered alternate dates to conduct his deposition in Sumter County on October 24, 25, 29, 30 and 31st.

6. Counsel for Plaintiff indicated a willingness to re-schedule the deposition of Mr. Guida but inquired when he might next be traveling to South Florida.

7. Defendant Guida has no plans to visit South Florida for the remainder of this year.

8. It is presumed that the Deposition of a Defendant will be conducted at his residence, in this case, Sumter County[2].

9. Defendant seeks an Order prohibiting the deposition of Robert Guida, scheduled for October 11, 2013 in Fort Lauderdale from proceeding as scheduled.

10. Defendant seeks, in the same Order, that this Court require that if the deposition of Robert Guida be conducted in Sumter County, Florida if it is to be conducted before January 1, 2014.

---

1. On September 30, 2013, counsel for Plaintiff issued a Re-Notice of Taking Deposition and Request for Production of Documents as to Defendant Charlotte Engleman [*Exhibit 2*], whose deposition was scheduled to be conducted on October 1, 2013. Counsel for Plaintiff also issued a Notice of Taking Deposition and Request for Production of Documents as to Defendant Barbara Tate [*Exhibit 3*], Defendant Allen Bozek [*Exhibit 4*] and Defendant Guida, discussed herein.
2. Google maps indicates that the Villages residence of Defendant Guida on Amberjack Terrace is 259 miles from Southern District Court Reporting and the estimated drive time each way is three hours forty-nine minutes.

Rosen v. Bozek et al.
Case No.: 0:13-cv-61316-JIC
Page 3

11. In compliance with Fla. S.D. Local R. 7.1(3) moving counsel has made a good faith effort to resolve this issue with counsel for the Plaintiff and as of the time this Motion is being filed, has been unable to do so.

## MEMORANDUM OF LAW

In the matter of Grey v. Continental Marketing Associates, Inc., 315 F. Supp. 826, 832 (N.D. Ga 1970), the Court was presented with a notice for deposition of an out-of-state Defendant to be conducted locally. The Court observed that the federal rules do not prevent plaintiff's designating any place he or she chooses for the taking of defendant's deposition, the cases indicate that it is presumed that a defendant will be examined at his residence.

WHEREFORE, based on the foregoing, Defendant Robert Guida seeks an Order prohibiting the deposition presently scheduled for October 11, 2013 from proceeding as scheduled and further, that the deposition of Defendant Guida be conducted in Sumter County if it is to be conducted before January 1, 2014 and for such other and further relief as the Court deems just and appropriate under the circumstances.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this **8th day of October, 2013.**

        LUKS, SANTANIELLO, PETRILLO & JONES
        Attorneys for Defendant Robert Guida
        110 S. E. 6th Street, 20th Floor
        Fort Lauderdale, FL 33301
        Telephone: (954) 761-9900
        Facsimile: (954) 761-9940

By: /s/ Carl W. Christy
    DANIEL J. SANTANIELLO, B.C.S.
    Florida Bar No.: 860948
    CARL W. CHRISTY, ESQ.
    Florida Bar No.: 482315
    LUKSFLL-Pleadings@LS-Law.com

Rosen v. Bozek et al.
Case No.:  0:13-cv-61316-JIC
Page 4

# SERVICE LIST

Of Counsel for Samuel D. Rosen
Andrew L. Jimenez, Esq.
100 SE 3rd Ave., Suite 1514
Fort Lauderdale, FL 33394
andrew@jimenezlawoffices.com

Counsel for the City of Fort Lauderdale
Clark J. Cochran, Jr., Esq.,
Billing, Cochran, Heath, Lyles, Mauro, Anderson & Ramsey
888 S.E. Third Avenue, Suite 301
Ft. Lauderdale, FL  33316
Ftl-pleadings@bclmr.com