USL-00033/CP 5 /DJS:cwc

<div style="text-align:center">

UNITED STATES SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:13-CV-61316-JIC
Cohn

</div>

SAMUEL D. ROSEN,

    Plaintiff,

v.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE, AND
JOHN DOES 1-5
    Defendants,

and

THE CITY OF FORT LAUDERDALE,
Additional party for relief purposes only,

    Defendant.

_____/

## **DEFENDANT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO LOCAL RULE**

    Defendant CHARLOTTE ENGLEMAN, by and through undersigned counsel, files this Motion for Protective Order pursuant to S.D. Fla. Local R. 26.1(h)(3), Rule 32(a)(5)(A) and Rule 26 (c)(1)(b) and in support thereof states the following:

    1.    On September 13, 2013 Plaintiff unilaterally issued a Notice of Taking Deposition and Request for Production of Documents for Defendant Charlotte Engleman, setting for September 24, 2013.  *See Exhibit "1."*

    2.    On the same day the deposition was noticed, counsel for Defendant Engleman advised Plaintiff's counsel of a scheduling conflict and offered, as alternate dates, September 27, October 1 and October 3, 2013.

1

3. Counsel for Defendant City of Fort Lauderdale, hereinafter "City," advised of a scheduling conflict on September 27, but that he was available for deposition after 1:00 p.m. on October 1 and October 3, 2013. Counsel for Defendant City invited counsel for Plaintiff to contact counsel for the defendants in advance of scheduling any other depositions in order to avoid the need for rescheduling due to conflicts.

4. On September 16, 2013 an Amended Notice of Taking Deposition and Request for Production of Documents, *Exhibit "2,"* was issued for Defendant Engleman stating, incorrectly, that the deposition was postponed upon the deponent's request.

5. On September 30, 2013 Plaintiff counsel unilaterally issued four deposition notices setting each of the individual Defendants, Allen Bozek, Charlotte Engleman, Robert Guida and Barbara Tate for October 11, 2013. *See Composite Exhibit "3."*

6. These deposition notices where shorter than fourteen (14) days and noticed in derogation of Rule 32 (a)(5)(A) which prohibits the use of a deposition against a party who having received less than fourteen days notice promptly moves for a protective order.

7. Rule 26 (c)(1)(b) permits a party to move for a protective order to protect the party from undue burden or expense.

8. Counsel for Defendant Engleman again confirmed with counsel for Defendant City that the setting was unilateral.

9. On October 1, 2013 counsel for Defendant Engleman advised counsel for Plaintiff that Defendant Engleman will be outside the continental United States between October 10, 2013 and October 27, 2013 and offered deposition dates on October 29, 30 and 31, 2013. Counsel for Defendant Engleman concluded the e-mail by inviting an alternate setting on the dates offered so that the parties would not have to engage in unnecessary motion practice.

Rosen v. Bozek et al.
Case No.: 0:13-cv-61316-JIC
Page 3

10. Counsel for Plaintiff indicated a willingness to move up the deposition of Defendant Engleman to October 7 or October 9, 2013.

11. Counsel for Defendant City revealed scheduling conflicts on October 7 and the morning of October 9.

12. As of the time this Motion for Protective Order is being filed, no new Notice of Deposition has been issued as to Defendant Charlotte Engleman.

13. A lawyer is normally expected to be courteous and accommodate the scheduling of opposing lawyers[1].

14. The parties are attempting to re-schedule the deposition of Defendant Engleman but it is certain that she will be unavailable for deposition on Friday, October 11, 2013.

15. Defendant Engleman seeks an Order of this Court prohibiting her deposition from being conducted on a date when she will be out of the country.

16. In compliance with Fla. S.D. Local R. 7.1(3) moving counsel has made a good faith effort to resolve this issue with counsel for the Plaintiff and as of the time this Motion is being filed, has been unable to do so.

## MEMORANDUM OF LAW

In the matter of Kellogg Company v. FPC Flexible Packaging Corp., 2013 WL 3805670 (W.D. Mich.), the Court was presented with a short notice deposition that was conducted in spite of a ruling by a magistrate judge granting a Motion for Protective Order. The Court noted that Rule 26(c) authorizes the court to take steps to protect a party a party or person from annoyance,

---

1. Appendices to Local Rules of Southern District, Appendix A, section II entitled Depositions states at A. General Policy and Practice (1) Scheduling. A lawyer is normally expected to be courteous and accommodate the schedules of opposing lawyers.

Rosen v. Bozek et al.
Case No.:  0:13-cv-61316-JIC
Page 4

embarrassment, oppression or undue burden or expense.  The Court upheld the Order of the magistrate judge.

WHEREFORE, based on the foregoing, Defendant Charlotte Engleman seeks an Order prohibiting the deposition presently scheduled for October 11, 2013 from proceeding as scheduled and for such other and further relief as the Court deems just and appropriate under the circumstances.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this **8th day of October, 2013.**

> LUKS, SANTANIELLO, PETRILLO & JONES
> Attorneys for Defendant Charlotte Engleman
> 110 S. E. 6th Street, 20th Floor
> Fort Lauderdale, FL  33301
> Telephone:  (954) 761-9900
> Facsimile:  (954) 761-9940
>
> By:    /s/ Carl W. Christy
> DANIEL J. SANTANIELLO, B.C.S.
> Florida Bar No.: 860948
> CARL W. CHRISTY, ESQ.
> Florida Bar No.:  482315
> LUKSFLL-Pleadings@LS-Law.com

Rosen v. Bozek et al.
Case No.:  0:13-cv-61316-JIC
Page 5

## SERVICE LIST

Of Counsel for Samuel D. Rosen
Andrew L. Jimenez, Esq.
100 SE 3rd Ave., Suite 1514
Fort Lauderdale, FL 33394
andrew@jimenezlawoffices.com

Counsel for the City of Fort Lauderdale
Clark J. Cochran, Jr., Esq.,
Billing, Cochran, Heath, Lyles, Mauro, Anderson & Ramsey
888 S.E. Third Avenue, Suite 301
Ft. Lauderdale, FL  33316
Ftl-pleadings@bclmr.com