UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL D. ROSEN,                CIV. ACTION NO.: 0:13-cv-61316-JIC

     Plaintiff

v.

ALLEN BOZEK, CHARLOTTE ENGLEMAN,
ROBERT GUIDA, BARBARA TATE,
AND JOHN DOES 1-5,

     Defendants,

and

THE CITY OF FORT LAUDERDALE,
additional party for relief
purposes only,

     Defendant.
_____/

## NOTICE OF LIMITED APPEARANCE

The undersigned attorney, ANDREW L. JIMÉNEZ, ESQ., hereinafter "JIMÉNEZ", hereby enters this notice of limited appearance and representation of *Pro se* Plaintiff, SAMUEL D. ROSEN, hereinafter "ROSEN", as described herein:

1. Attorney JIMÉNEZ has been retained by the *Pro se* Plaintiff, ROSEN, exclusively for legal advice on select issues and to argue substantive law with respect to these select issues with regard to Federal Court process and procedure.

2. Due to the vast amount of facts, details, and nuances of the matter, *Pro se* Plaintiff, ROSEN, intends to continue with self-representation; ROSEN will present evidence,

conduct witness examinations, and make relevant arguments on his own behalf during evidentiary hearings. JIMÉNEZ will assist in an advisory capacity and will argue limited legal issues of substantive law, due process, and procedural points of law.

3. Defense counsel and the Court are respectfully requested to proceed in serving notices and motions and to directly communicate with *Pro se* Plaintiff, ROSEN. JIMÉNEZ, however, also requests that Defense counsel and the Court concurrently provide JIMÉNEZ with courtesy copies of all relevant notices and filings.

WHEREFORE, Andrew L. Jiménez, Esq., gives notice to the Court of his appearance as set forth herein.

Dated 9 October 2013.

_____
Andrew L. Jiménez, Esq.
Jiménez Law Offices, P.A.
*Of Counsel to Samuel D. Rosen*
100 SE 3rd Avenue, Suite 1514
Fort Lauderdale, FL 33394
Telephone: (954) 848-3111
Facsimile: (954) 252-4451
E-mail: Andrew@jimenezlawoffices.com
FL Bar No: 101106

_____
**Samuel D. Rosen, Plaintiff**
10175 Collins Avenue, Apt. 502
Bal Harbour, FL 33154
Telephone No.: (305) 868-6096
Cellular No.: (917) 974-7588

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF and U.S. Mail to all counsel or parties of record on the Service List below.

Dated: 11 October 2013

/s/ Andrew L. Jiménez, Esq.

## SERVICE LIST

**Samuel D. Rosen**
10175 Collins Avenue, Apt. 502
Bal Harbour, FL 33154
(305) 868-6096
Fax: 305-868-8906
*Plaintiff*

**Carl Werner Christy , Jr.**
Luks, Santaniello, Petrillo & Jones
110 SE 6th Street, 20th Floor
Fort Lauderdale, FL 33301
954-761-9900
Fax: 954-761-9940
Email: CCHRISTY@LS-LAW.COM
   luksfll-pleadings@ls-law.com
*Counsel for Allen Bozek, Charlotte Engleman, Robert Guida, and Barbara Tata, Defendants*

**Clark Jones Cochran , Jr.**
Billing Cochran Lyles Mauro & Ramsey
SunTrust Center, Sixth Floor
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
954-764-7150
Fax: 954-764-7279
Email: cjc@bchlm.com
   Ftl-pleadings@bclmr.com
*Counsel for City of Fort Lauderdale, Defendant*